# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

RICHARD W SULLIVAN, on behalf of himself )
and all others similarly situated, )
)
        Plaintiff, )
)
vs. )    Case No. 23-00169-CV-W-GAF
)
STATE FARM MUTUAL AUTOMOBILE )
INSURANCE COMPANY, )
)
        Defendant. )

## JUDGMENT IN A CIVIL ACTION

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision of the Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendant State Farm Mutual Automobile Insurance Company's Motion to Dismiss Case is granted. The Policy is unambiguous. Under the plain terms of the Policy's coverage provisions, Plaintiff is not entitled to replacement costs, including those for sales tax and fees. The limits section does not expand coverage; it merely sets the maximum amount of liability. Even if the limits section did expand coverage, "actual cash value" is unambiguous under Missouri law. In cases involving vehicle loss, "actual cash value" is the difference between the fair market value of the property just before and after the loss. Plaintiff does not dispute that State Farm accurately calculated his stolen vehicle's fair market value. Therefore, he is without recourse. For these reasons and the reasons stated above, State Farm's Motion to Dismiss is GRANTED and this case is hereby DISMISSED.

IT IS FURTHER ORDERED that defendant's Motion to Strike Plaintiff's Class Allegations is denied as moot.

Dated: <u>November 17, 2023</u>　　　　　　　　　　PAIGE WYMORE-WYNN
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Entered: <u>November 17, 2023</u>　　　　　　　　<u>/s/ Lisa Mitchell　　　　　</u>
　　　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk